UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Criminal No. 22-cr-15 (APM) |
| **ELMER STEWART RHODES, III et al.,** | ) ) ) | |
| Defendants. | ) ) | |

## OMNIBUS ORDER

This Omnibus Order memorializes what transpired during the Pretrial Conference held on September 14, 2022.

1. The court denies Defendant Kelly Meggs's Omnibus Motion to Compel Discovery, ECF No. 287 (sealed). However, the government shall produce for in-camera review any witness memoranda that it has withheld on the grounds of relevance.

2. The court defers ruling on (a) Defendant Elmer Stewart Rhodes, III's Motion to Suppress Any Recording or Transcript of November 9, 20202, "GoToMeeting" Conversation, ECF No. 308; (b) Defendant Thomas Caldwell's Motion *in Limine* to Allow into Evidence Certain Inconsistent Statements Made by the Government, ECF No. 299; and (c) Defendants Meggs, Rhodes, Kenneth Harrelson, and Jessica Watkins's Joint Motion *in Limine* to Bar Zello Communications, ECF No. 280.

3. The parties shall submit to the court by September 21, 2022, by 5:00 p.m. a list of (a) the prospective jurors that they agree should be stricken for cause and (b) the jurors as to which there remains a dispute about striking for cause. **The filing should identify the juror only by their juror number.**

2

      4.      Defendants shall submit a legal memorandum addressing their reliance on the Insurrection Act as part of their defense by September 19, 2022; the United States shall file its response by September 21, 2022.

      5.      The parties shall appear for a continued pretrial conference on September 22, 2022, at 9:30 a.m.  Defense counsel may participate remotely with the consent of their client.

*[signature]*

Amit P. Mehta
United States District Court Judge

Date: September 15, 2022