# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>    *Defendant*. | No. 22-cr-15 (APM) |

## NOTICE OF JOINDER

Mr. Vallejo, through counsel, hereby gives notice that he joins the following documents filed by counsel for co-defendants:

1. ECF 478 – Defendant Roberto Minuta's Motion for a New Trial Pursuant to Fed.R.Crim.Proc Rule 33;

2. ECF 479 – Defendant Roberto Minuta's Motion for a Judgment of Acquittal Pursuant to Fed.R.Crim.Proc. Rule 29;

3. ECF 482 – Defendant Roberto Minuta's Motion to Continue Sentencing Date

4. ECF 494 – Defendant Elmer Stewart Rhodes's Motion to Continue Sentencing Date

| | |
|---|---|
| April 2, 2023 | Respectfully submitted,<br><br>/s/ Matthew J. Peed<br>Matthew J. Peed (D.C. Bar No. 503328)<br>CLINTON & PEED<br>1775 I St. NW, Suite 1150<br>Washington, D.C. 20006<br>(202) 919-9491 (tel)<br>(202) 587-5610 (fax)<br><br>*Counsel for Defendant Edward Vallejo* |