UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 1:22-cr-00015-APM** |
| **JOSHUA JAMES** | : | |

**CONSENT MOTION TO CONTINUE SENTENCING**

COMES now Mr. Joshua James, by counsel, and respectfully requests the Court continue the sentencing hearing, and corresponding briefing and presentence report deadlines, currently scheduled for September 13, 2024. As grounds for this continuance request, Mr. James offers the following:

1. Mr. James awaits sentencing after having pleaded guilty to one count of seditious conspiracy, in violation of 18 U.S.C. § 2384, and one count of obstruction of an official proceeding, in violation of 18 U.S.C. §1512(c)(2).[1]

2. On June 28, 2024, the Supreme Court rendered its decision in *Fischer v. United States*, 603 U.S. ___ (2024), regarding the scope of 18 U.S.C. § 1512(c) as it applies to the events of January 6. Mr. James and the Government are in the process of determining how the decision will impact Mr. James's case and the parties' positions at sentencing.

---

[1] Prior to entering into a plea agreement with the government, Mr. James's moved to dismiss the obstruction of an official proceeding count against him. *See* 1:21-cr-00028, ECF Nos. 240 and 268. On September 1,4 2024, this Court issued an order denying the motion to dismiss. *See* ECF No. 415.

3. As additional grounds for the continuance, Defendant Jonathan Walden's trial,[2] which was set for July 29, 2024, was recently converted to a September 3, 2024 status date in light of the *Fischer* decision. In the event that the government elects to move forward with its prosecution against Mr. Walden, Mr. James may be called upon by the government in trial preparation or at trial itself in that matter. Should that be the case, the Court could most efficiently consider the full scope of Mr. James's potential substantial assistance to the government's investigation at a sentencing hearing that post-dates the Walden case.

4. As a final ground for continuance, members of Mr. James's defense team were scheduled to fly to Alabama on July 19, 2024 to finalize witness interviews in preparation for Mr. James's sentencing hearing. However, due to a global Microsoft/CrowdStrike outage that occurred the same day, their flight was canceled. The trip was rescheduled for a date in mid-August, which was the next available date that did not conflict with the schedules of any team member.

5. Undersigned counsel has consulted with the counsel for the government, who do not oppose this request.

6. The parties have discussed new sentencing dates and propose any of the following dates: November 13, 14, 15, 16, or 18.

    WHEREFORE, Mr. James, by counsel, respectfully submits this motion to continue the sentencing hearing.

---

[2] *United States v. Walden*, Case No. 22-cr-14.

Respectfully submitted,

By Counsel

_____/s/_____

Joan C. Robin
Virginia Bar No. 44502
Law Office of Joni C. Robin, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com


_____/s/_____

Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
421 King Street, Suite 505
Alexandria, Virginia 22314
(703) 683 4310
chris@chrisleibiglaw.com

3