UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 1:22-cr-00015-APM** |
| **JOSHUA JAMES** | : | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO NOTICE CORRECTIONS TO PSR

COMES NOW the Defendant, Joshua James, by and through counsel, and respectfully requests this Honorable Court extend the deadline for corrections to the PSR. As grounds, Mr. James offers the following:

1. Mr. James's sentencing hearing is currently scheduled for December 20, 2024. The sentencing date and corresponding sentencing briefing schedule were previously continued on several occasions.

2. On October 17, 2024, the PSR writer filed the "final" PSR. (Doc. 902).

3. On October 23, 2024, the Court granted a consent motion to continue the sentencing hearing from November 13, 2024 to December 20, 2024 and to extend the sentencing memoranda deadlines.

4. Undersigned counsel incorrectly assumed that because the briefing schedule had been extended, the deadline for objections and corrections to the PSR would be extended as well.

5. The defense has no objections to the sentencing guideline calculation contained in the PSR. However, the defense has identified a limited number of factual errors in need of correction in the PSR.

6. On November 28, 2024,[1] undersigned counsel emailed the PSR writer and government to notify the PSR writer about errors in the report that were in need of correction.

7. On December 3, 2024, defense counsel emailed the PSR writer documents in support of the proposed corrections to the PSR. Additionally, defense counsel provided the PSR writer (and government) with a Confidential Psychological Evaluation of the Defendant. The defense asked the PSR writer to append the evaluation to the PSR to ensure that the Evaluation would be in Mr. Jame's BOP file and could be used by BOP to help classify Mr. James's mental health care level in the event he is sentenced to a period of incarceration.

8. In an email dated December 3, 2024, the PSR writer declined to make any changes to the October 17, 2024 PSR unless directed to do so by the Court.

9. Counsel has consulted with the government, who has no objection to this request for extension of time.

    WHEREFORE, Mr. James requests this Honorable Court grant his request to extend the deadline for corrections to the PSR, direct the PSR writer to incorporate defendant's requested corrections to the PSR, and append the Confidential Psychological Evaluation to the PSR.

Respectfully submitted,

---

[1] Defense counsel also emailed the PSR writer on October 18, 2024 regarding a factual error in the PSR, but did not receive a response.

By Counsel

_____/s/_____

Joan C. Robin
Virginia Bar No. 44502
Law Office of Joni C. Robin, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com

_____/s/_____

Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
421 King Street, Suite 505
Alexandria, Virginia 22314
(703) 683 4310
chris@chrisleibiglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2024, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/_____
Joan Robin